UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 30, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Chris Langer,

                  Plaintiff,

v.

Thurman D. Heard et al.,

                  Defendant.

2:18-cv-00666 VAP (PJWx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendants' Motion for Summary Judgment and Dismissal, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 10/30/18

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge